

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JOSHUA FAY<br>Phone: 212-788-8699<br>Fax: 212-788-8877<br>E-mail: jfay@law.nyc.gov |



RECEIVED
OCT 2 3 2009
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

October 23, 2009

Via Hand Delivery:
Honorable Harold Baer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/09
```

    Re:  Cristina Mellado v. City of New York, et. al.
          Docket No. 09 CV 1550 (HB)

Dear Judge Baer:

        I am Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants in this matter. This letter is written to respectfully request a brief extension of the discovery period for the limited purpose of scheduling one remaining deposition. Discovery is currently scheduled to close on October 30, 2009. The parties had arranged to complete all discovery prior to that date. However, due to a scheduling conflict that recently arose, defendants will not be able to produce defendant Lindsay Eason prior to the close of discovery. The parties will be able to complete this deposition on November 5, 2009 and have tentatively scheduled the deposition for that day. Accordingly, defendants request that discovery be extended until November 5, 2009 for the sole purpose of completing the deposition of defendant Eason. The parties have jointly agreed to this brief extension. None of the other dates set by the Court at the initial conference in this matter will be affected by this brief extension.

Thank you for your consideration of this request.

Respectfully submitted,

*Joshua Fay*
Joshua Fay
Assistant Corporation Counsel

cc: By facsimile:
Cronin & Byczek, LLP
Attorneys for Plaintiff
1983 Marcus Avenue
Suite C-120
Lake Success, New York 11042

*November 5, 09 is OK for completion of Discovery - all other dates remain intact.*

SO ORDERED

Harold Baer, Jr., U.S.D.J.
Date: 10/26/09

2

Endorsement:

    November 5, 2009 is OK for completion of discovery - all other dates remain intact.